# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  08-cr-00177-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ALFRED EUGENE TRUJILLO, III,

      Defendant.

## MINUTE ORDER[1]

      A hearing regarding Violations of Supervised Release is set for **June 14 2013**, at 9:00 a.m., to be conducted at the United States District Court, 901 19th Street, Denver, Colorado, courtroom A1001 before Judge Robert E. Blackburn, at which time counsel and the defendant shall be present without further notice or order from the court.

      Dated:  February 25, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.